**Public Portal Access Civil**

# Case Summary

**Case No. WY-2025-CV-000538**

| | | | |
|---|---|---|---|
| **Tricia Whitehead vs. Walmart Inc.** | § | Location: | **Wyandotte County** |
| | § | Judicial Officer: | **Alvey, Constance** |
| | § | Filed on: | **06/24/2025** |

## Case Information

Case Type: CV Premises Liability
Case Status: **06/24/2025 Pending**

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Whitehead, Tricia** | **Riggins, Anthony J**<br>***Retained*** |
| **Defendant** | **Walmart Inc.** | **Hayes, Tracy Marie Justis**<br>***Retained*** |

## Case Events

| | | |
|---|---|---|
| 06/24/2025 | PLE: Petition<br>*Petition for Damages*<br>Party: Plaintiff Whitehead, Tricia<br>*Petition for Damages* | Index # 1 |
| 06/24/2025 | ORD: Summons - Filer Drafted<br>*Summons* | Index # 2 |
| 07/07/2025 | INF: Entry of Appearance<br>*Entry of Appearance* | Index # 3 |
| 07/07/2025 | AFF: Affidavit (Generic)<br>*Affidavit of Service* | Index # 4 |
| 07/07/2025 | ORD: Notice Requiring Clerk Signature<br>*14-Day Clerk's Extension* | Index # 5 |

## Financial Information

| | | | |
|---|---|---|---|
| | **Plaintiff** Whitehead, Tricia | | |
| | Total Financial Assessment | | 195.00 |
| | Total Payments and Credits | | 195.00 |
| | **Balance Due as of 07/18/2025** | | **0.00** |
| 06/24/2025 | Transaction Assessment | | 195.00 |
| 06/24/2025 | ePayment | Receipt # OJA-2025-1215459 | (195.00) |





EXHIBIT
A

exhibitsticker.com

ELECTRONICALLY FILED
2025 Jun 24 PM 2:55
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: WY-2025-CV-000538
PII COMPLIANT

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | | |
|---|---|---|
| TRICIA WHITEHEAD,<br>10543 Kane Drive<br>Kansas City, Kansas 66109<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br>Serve:<br>CT Corporation System, Resident Agent<br>112 SW 7th Street Suite 3C<br>Topeka, Kansas 66603<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No<br><br>Division<br><br>Pursuant to K.S.A. Chapter 60 |

**PETITION FOR DAMAGES**

Pursuant to K.S.A. Chapter 60, and for her claims for relief against Defendant Walmart Inc., Plaintiff Tricia Whitehead, by and through the undersigned counsel, states, avers and alleges as follows:

THE PARTIES

1. At all relevant times, Plaintiff Tricia Whitehead was and is an individual and resident of Kansas City, Wyandotte County, Kansas.

2. At all relevant times, Defendant Walmart Inc. was and is a Delaware corporation registered to do business in the State of Kansas that owned and operated a department store located at 10824 Parallel Pkwy, Kansas City, Kansas 66109 (the "Store"). Defendant may be served via their resident agent at CT Corporation System at 112 SW 7th Street Suite 3C, Topeka, Kansas 66603.

JURISDICTION & VENUE

3. This Court has both subject matter and personal jurisdiction of this matter and the parties.

4. Per K.S.A. 60-604, venue is proper in this court.

FACTS COMMON TO ALL COUNTS

5. On October 25, 2024, Plaintiff was a business invitee at the Store, when an employee struck Plaintiff with a stack of shopping carts while gathering them from the parking lot causing Plaintiff to sustain injuries (hereinafter the "Incident").

6. The acts and omissions of Defendant were carried out by its agent, servants and employees, acting within the course and scope of their employment with Defendant.

7. There was no warning given to the Plaintiff by the employee or any posted warnings or signage just prior to the incident.

8. Plaintiff was unaware of the dangerous condition at the Incident site.

**COUNT I - NEGLIGENCE**

9. Plaintiff hereby incorporates by reference all preceding allegations of Plaintiff's Petition for Damages as if fully set forth herein.

10. At all relevant times herein, Defendant was the owner of the Premises and/or maintained possession, control and/or maintenance of the Premises and its employees where the Incident occurred.

11. Defendant owed a duty to exercise reasonable care to ensure that their employees behaved in a reasonably safe and suitable condition for invitees, including Plaintiff.

12. At the time of the Incident, the area where the Incident occurred constituted a dangerous condition due to the negligence of Defendants' employee.

13. Defendant knew or should have known through the exercise of reasonable care that

their employee at the date and time of the Incident was unreasonably dangerous

14. Alternatively, Defendant negligently created the dangerous condition or so caused it to be created by negligently training its employees, such that Defendant was deemed to have had actual notice of said dangerous condition.

15. Defendant breached its duty to Plaintiff when it failed to properly train its employees to ensure that the employees were reasonably safe for Plaintiff and other invitees, and further by failing to remedy or warn Plaintiff of said dangerous condition.

16. As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff was injured and has suffered and will continue to suffer damages including, but not limited to, those arising from:

a. Past medical and hospital expenses;

b. Future medical, hospital and life care expenses;

c. Past lost wages;

d. Diminished earning capacity;

e. Past and future emotional distress;

f. Pain and suffering;

g. Mental anguish;

h. Disfigurement; and

i. Past and future loss of enjoyment of life.

17. All of Plaintiff's injuries, disabilities, infirmities and damages are permanent, painful, and progressive in nature and extent.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant for money damages in excess of $75,000; Plaintiff's costs incurred herein; and, for such other and further relief as the Court deems just and proper.

DEMAND FOR A JURY TRIAL

In accordance with K.S.A. 60-238, Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

*/s/ Anthony J. Riggins*
ANTHONY J. RIGGINS #27487
4600 Madison Ave., Suite 1200
Kansas City, MO 64112
Phone: (816) 888-7500
Fax: (816) 888-7519
E-mail: anthony.riggins@dmlawusa.com
ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED
2025 Jun 24 PM 3:20
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: WY-2025-CV-000538
PII COMPLIANT

**Court:** Wyandotte County District Court

**Case Number:** WY-2025-CV-000538

**Case Title:** Tricia Whitehead vs. Walmart Inc.

**Type:** ORD: Summons - Filer Drafted Summons

SO ORDERED,

Kristi L. Hill

/s/ Clerk of District Court

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| TRICIA WHITEHEAD,<br>10543 Kane Drive<br>Kansas City, Kansas 66109<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br>Serve:<br>CT Corporation System, Resident Agent<br>112 SW 7th Street Suite 3C<br>Topeka, Kansas 66603<br><br>Defendants. | Case No<br><br>Division<br><br>Pursuant to K.S.A. Chapter 60 |

**SUMMONS**

**To the above-named Defendant:**

**WALMART INC.**
**c/o CT Corporation System, Resident Agent**
**112 SW 7th Street Suite 3C**
**Topeka, Kansas 66603**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Anthony J. Riggins
DIPASQUALE MOORE LLC
4600 Madison Ave, Suite 1200
Kansas City, MO 64112

within 21 days after service of summons on you.

______________________________
Clerk of the District Court

______________________________
Date

**Documents to be served with Summons:**
**PLE: PETITION FOR DAMAGES**

ELECTRONICALLY FILED
2025 Jul 07 AM 9:22
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: WY-2025-CV-000538
PII COMPLIANT

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**

| | | |
|---|---|---|
| **TRICIA WHITEHEAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. WY-2025-CV-000538** |
| | ) | |
| **WALMART INC.,** | ) | **Pursuant to K.S.A. Chapter 60** |
| | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Tracy M. Hayes of Sanders Warren & Russell, LLP, and hereby enters her appearance on behalf of Defendant Walmart Inc. in the above-referenced matter.

Respectfully Submitted,

*/s/ Tracy M. Hayes*

Tracy M. Hayes, KS# 23119
SANDERS WARREN & RUSSELL, LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Tel: 913-234-6100
Fax: 913-234-6199
t.hayes@swrllp.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2025, the foregoing was filed with the Clerk of the Court using the Kansas Courts eFiling system, which will send notice of electronic filing to all counsel of record:

Anthony J. Riggins
DiPasquale Moore, LLC
4600 Madison Avenue, Suite 1200
Kansas City, Missouri 64112
Anthony.riggins@dmlawusa.com
***Attorneys for Plaintiff***

*/s/ Tracy M. Hayes*

***Attorney for Defendant***

ELECTRONICALLY FILED
2025 Jul 07 PM 1:00
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: WY-2025-CV-000538
PII COMPLIANT

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

**Tricia Whitehead**

*Plaintiff(s) / Petitioner(s)*

v. Case No.: WY-2025-CV-000538

**Walmart Inc.**

*Defendant(s) / Respondent(s)*

**AFFIDAVIT OF SERVICE**

I, Michelle Brokaw, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Walmart Inc. in Shawnee County, KS on June 26, 2025 at 9:00 am at 112 SW 7th Street Suite 3C, Topeka, KS 66603 by leaving the following documents with Lindsay Dreher who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Walmart Inc..

Issued Summons
Petition for Damages

Additional Description:
I delivered the documents to Walmart Inc. by serving Lindsay Dreher, Intake Specialist for Registered Agent CT Corporation System.

Total Cost: $120.00

/s/ Michelle Brokaw
Signature
Michelle Brokaw
+1 (303) 578-8682

Subscribed and sworn to before me this 02 day of July, 2025, by Amber Jo Martinez.
Witness my hand and official seal.

Amber Jo Martinez
Notary Public

My commission expires: 10/09/2027

Notarized online using audio-video communication

Amber Jo Martinez
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194038470
MY COMMISSION EXPIRES OCTOBER 09, 2027

ELECTRONICALLY FILED
2025 Jul 07 PM 1:22
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: WY-2025-CV-000538
PII COMPLIANT

| | |
|---|---|
| **Court:** | Wyandotte County District Court |
| **Case Number:** | WY-2025-CV-000538 |
| **Case Title:** | Tricia Whitehead vs. Walmart Inc. |
| **Type:** | ORD: Notice Requiring Clerk Signature 14-Day Clerk's Extension |

SO ORDERED,

Kristi L. Hill

/s/ Clerk of District Court

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**

| | | |
|---|---|---|
| **TRICIA WHITEHEAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. WY-2025-CV-000538** |
| | ) | |
| **WALMART INC.,** | ) | **Pursuant to K.S.A. Chapter 60** |
| | ) | |
| **Defendant.** | ) | |

**CLERK'S 14-DAY EXTENSION**

On application of Tracy M. Hayes of Sanders Warren & Russell, LLP, attorney for Defendant, said Defendant is granted an additional 14 days to plead or otherwise respond to Plaintiff's Petition. Defendant's current deadline to answer is July 17, 2025. A 14-day Clerk's Extension will make the Answer due July 31, 2025.

This Order is effective as of the date and time shown on the electronic file stamp.

Respectfully Submitted,

*/s/ Tracy M. Hayes*

Tracy M. Hayes, KS# 23119
SANDERS WARREN & RUSSELL, LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Tel: 913-234-6100
Fax: 913-234-6199
t.hayes@swrllp.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2025, the foregoing was filed with the Clerk of the Court using the Kansas Courts eFiling system, which will send notice of electronic filing to all counsel of record:

Anthony J. Riggins
DiPasquale Moore, LLC
4600 Madison Avenue, Suite 1200
Kansas City, Missouri 64112
Anthony.riggins@dmlawusa.com
***Attorneys for Plaintiff***

*/s/ Tracy M. Hayes*

***Attorney for Defendant***